# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 91

| | | |
|---|---|---|
| RONALD BAYLESS, | ) | |
|    Appellant | ) | |
| V | ) | **ORDER** |
| RONALD CLAMPITT, | ) | |
|    Appellee. | ) | |

**THIS MATTER** is before the court on Katie Brinson Hinton's Motion to Appear *Pro Hac Vice* in the above referenced case. It appearing that Katie Binson Hinton is a member in good standing with the Florida Bar and will be appearing with James Kilbourne, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Katie Brinson Hinton's Application for Admission to Practice *Pro Hac Vice* (#3) is **GRANTED**, and that Katie Brinson Hinton is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James Kilbourne.

Signed: April 27, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge